# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY JOHN BURRIOLA,
            Appellant,
         vs.
TIMOTHY FILSON, WARDEN,
            Respondent.

No. 76336

FILED

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on July 5, 2018. Rather, the district court transferred the petition to the Seventh Judicial District Court. To the extent that appellant appeals from the order transferring jurisdiction, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-29037

cc: Hon. Linda Marie Bell, District Judge
Anthony John Burriola
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A